JUDGE CROTTY 13 CV 8333

Craig S. Mende (cmende@fzlz.com)
Jason D. Jones (jjones@fzlz.com)
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, New York 10017
Tel: (212) 813-5900
Fax: (212) 813-5901

Arne M. Olson (aolson@olsonip.com) (*pro hac vice* to be filed)
Kathryn M. Garipay (kgaripay@olsonip.com) (*pro hac vice* to be filed)
Alissa A. Digman (adigman@olsonip.com) (*pro hac vice* to be filed)
OLSON & CEPURITIS, LTD.
20 N. Wacker Dr., 36th Floor
Chicago, IL 60606-3113

*Attorneys for Plaintiff Vitamin Shoppe Industries Inc.*

RECEIVED NOV 21 2013 U.S.D.C. S.D. N.Y. CASHIERS

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

VITAMIN SHOPPE INDUSTRIES INC.,

Plaintiff,

v.

SEEGER WEISS LLP,

Defendant.

Civil Action No.:

**COMPLAINT AND JURY DEMAND**

Plaintiff, Vitamin Shoppe Industries Inc. ("Vitamin Shoppe"), by way of complaint against Defendant, Seeger Weiss LLP, states as follows:

## INTRODUCTION

1. Defendant is using Plaintiff's federally registered trademarks to mislead

consumers looking for Vitamin Shoppe's BODYTECH protein supplements and direct them to Defendant's web site <www.vitaminshoppeprotein.com>. Defendant is soliciting business for a class action lawsuit against Plaintiff based on the protein supplement sold under the trademark BODYTECH. Vitamin Shoppe is seeking injunctive relief as well as damages.

## PARTIES

2. Plaintiff, Vitamin Shoppe Industries Inc., is a New York corporation having its principal place of business at 2101 91st Street, North Bergen, New Jersey 07047.

3. Defendant, Seeger Weiss LLP, is a limited liability partnership organized under the laws of New York, and maintains an office at 77 Water Street, New York, New York 10005.

4. Vitamin Shoppe has standing to bring this suit because Defendant is using Vitamin Shoppe's name and trademark "Vitamin Shoppe" in its domain name and in marketing materials, is using Vitamin Shoppe's federally registered trademark BODYTECH and related trade dress in Defendant's marketing and soliciting materials, and Vitamin Shoppe has been and is being harmed by Defendant's unauthorized use of its trademarks.

## JURISDICTION AND VENUE

5. This is an action for federal trademark infringement, federal unfair competition, federal dilution, cybersquatting, and related state law claims, which claims arise out of the same operative facts.

6. This Court has subject matter jurisdiction of the claims in this Complaint pursuant to 28 U.S.C. § 1331, as the case involves a federal question.

7. This Court has supplemental jurisdiction over concurrent state law and common law claims pursuant to 28 U.S.C. § 1367.

8. This Court has personal jurisdiction over Defendant because Defendant is a New York limited liability partnership, it maintains an office in New York, and it transacts business within the State of New York.

9. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) in that Defendant resides in and conducts business in this District.

**BACKGROUND FACTS**

10. Vitamin Shoppe is a specialty retailer and direct marketer of nutritional products. These products include vitamins and minerals, nutritional supplements, herbs, sports nutrition formulas, homeopathic remedies, and health and beauty aids.

11. Vitamin Shoppe was founded in 1977, and began as a single store in New York City. Vitamin Shoppe now has over 500 THE VITAMIN SHOPPE stores located nationwide.

12. Vitamin Shoppe began operations during a time when consumers were looking for alternatives to prescription drugs. By offering the best supplements, vitamins and minerals at competitive prices, Vitamin Shoppe fulfilled a need that no other retailer was providing at the time.

13. In addition to THE VITAMIN SHOPPE brick and mortar stores, Vitamin Shoppe owns and operates an online store at <www.vitaminshoppe.com> selling vitamins, supplements, including protein supplements, and nutritional products throughout the United States.

14. Today, Vitamin Shoppe offers over 18,000 items under more than 400 brand names. This includes Vitamin Shoppe's brands THE VITAMIN SHOPPE and BODYTECH.

15. Vitamin Shoppe's annual sales of product are approximately one billion dollars.

16. Vitamin Shoppe promotes it trademarks THE VITAMIN SHOPPE and

BODYTECH through print and internet based advertising. Vitamin Shoppe also advertises and promotes it goods and services though social media sites such as Facebook at <www.facebook.com/THEVITAMINSHOPPE>, Twitter at <http://twitter.com/#!/VitaminShoppe>, Instagram at <http://instagram.com/vitaminshoppe#>, and Pinterest at <https://www.Pinterest.com/vitaminshoppe/>.

17. Vitamin Shoppe spends over $400,000 annually in advertising and promoting its trademark THE VITAMIN SHOPPE.

18. Since 1977, Vitamin Shoppe has been providing retail sales of vitamins, supplements, and nutritional products under the trademark THE VITAMIN SHOPPE.

19. Since at least as early as 1986, Vitamin Shoppe started selling its own product line under the trademark THE VITAMIN SHOPPE.

20. Vitamin Shoppe is the owner of U.S. Trademark Registration No. 2,481,640 for the trademark THE VITAMIN SHOPPE, which registration issued August 28, 2001. This registration is valid and subsisting, and in full force and effect. A true and correct copy of the registration is attached at **Exhibit 1** and incorporated by reference.

21. Trademark Registration No. 2,481,640 for the trademark THE VITAMIN SHOPPE covers “Non-medicated skin treatment creams, hair shampoos and bath and shower gels; and aromatherapy oils” in International Class 3, and “Vitamins, vitamin and mineral supplements, and nutritional supplements” in International Class 5.

22. Trademark Registration No. 2,481,640 has become incontestable by virtue of Section 15 of the Lanham Act, 15 U.S.C. § 1065.

23. Trademark Registration No. 2,481,640 is, by virtue of its incontestability,

conclusive evidence of the validity of the registered trademark THE VITAMIN SHOPPE, of Vitamin Shoppe's ownership of the trademark, and of Vitamin Shoppe's exclusive right to use the trademark in commerce, 15 U.S.C. § 1115.

24.     Vitamin Shoppe is the owner of U.S. Trademark Registration No. 2,481,906 for the trademark THE VITAMIN SHOPPE, which registration issued August 28, 2001. This registration is valid and subsisting, and in full force and effect. A true and correct copy of the registration is attached at **Exhibit 2** and incorporated by reference.

25.     Trademark Registration No. 2,481,906 for the trademark THE VITAMIN SHOPPE covers "Retail store services, mail order catalog services and online retail store services provided via a global computer network featuring vitamins, nutritional supplements, books, herbal products, aromatherapy products, bath and shower products, skin treatment creams, and related items" in International Class 35.

26.     Trademark Registration No. 2,481,906 has become incontestable by virtue of Section 15 of the Lanham Act, 15 U.S.C. § 1065.

27.     Trademark Registration No. 2,481,906 is, by virtue of its incontestability, conclusive evidence of the validity of the registered trademark THE VITAMIN SHOPPE, of Vitamin Shoppe's ownership of the trademark, and of Vitamin Shoppe's exclusive right to use the trademark in commerce, 15 U.S.C. § 1115.

28.     Since at least 2001, Vitamin Shoppe has been selling nutritional supplements under the trademark BODYTECH.

29.     Vitamin Shoppe is the owner of U.S. Trademark Registration No. 2,872,484 for the trademark BODYTECH, which registration issued August 10, 2004. This registration is

valid and subsisting, and in full force and effect. A true and correct copy of the registration is attached at **Exhibit 3** and incorporated by reference.

30.     Trademark Registration No. 2,872,484 for the trademark BODYTECH covers "Dietary and nutritional supplements" in International Class 5.

31.     Trademark Registration No. 2,872,484 has become incontestable by virtue of Section 15 of the Lanham Act, § 1065.

32.     Trademark Registration No. 2,872,484 is, by virtue of its incontestability, conclusive evidence of the validity of the registered trademark BODYTECH, of Vitamin Shoppe's ownership of the trademark, and of Vitamin Shoppe's exclusive right to use the trademark in commerce, 15 U.S.C. § 1115.

33.     Vitamin Shoppe owns the domain name <vitaminshoppe.com>, and has had the domain name since 1996.

34.     Vitamin Shoppe owns numerous other domain name registrations that incorporate the terms "Vitamin Shoppe", including, for example, the domain names <vitaminshoppe.org>, <koshervitaminshoppe.com>, <myvitaminshop.com>, <thevitaminshop.us>, <thevitaminshoppe.com>, <thevitaminshoppe.info>, <thevitaminshoppe.net>, <thevitaminshoppe.org>, <thevitaminshopper.com>, <vitaminshoppecoupon.com>, <vitaminshoppefranchising.com>, and <vitaminshoppeinternational.com>.

35.     Vitamin Shoppe's products can be purchased at brick and mortar stores, and through the company's online store.

36.     One line of products that Vitamin Shoppe offers for sale and sells are BODYTECH branded products.

37.     The BODYTECH product line includes protein supplements, vitamins, minerals, and other dietary and nutritional supplements.

38.     Vitamin Shoppe's web site, <www.vitaminshoppe.com>, offers for sale and sells BODYTECH protein supplements.

39.     The BODYTECH protein supplements are sold in distinctive blue containers with labels that display the BODYTECH trademark and trade dress, such as the ones shown below:



40.     Vitamin Shoppe is the second largest specialty retailer in retail sales of vitamins, minerals, and nutritional supplements in the United States.

41.     Defendant is a law firm that promotes itself as handling class action lawsuits.

42.     Defendant promotes itself through the web site <www.seegerweiss.com>.

43.     At the <www.seegerweiss.com> web site, Defendant lists the firm's practice areas and also lists "Current Investigations" in the areas of food, drug injury, medical devices, product

liability, and others. Listed under these categories are subjects that are claimed to be under investigation. Clicking on any one of the subjects takes the user to another web page within the <www.seegerweiss.com> web site that will provide additional information on the investigation.

44. At the <www.seegerweiss.com> web site Defendant solicits information from potential class action plaintiffs by requesting that individuals "tell [Seeger Weiss] about your experience" by filling out an online form. BODYTECH protein supplements are <u>not</u> one of the products on the <www.seegerweiss.com> web site.

45. On information and belief, Defendant controls the domain name <vitaminshoppeprotein.com> and the web content displayed at the web site associated with that domain name.

46. Defendant's name "Seeger Weiss" appears throughout the web site, a link to Defendant's web site <www.seegerweiss.com> appears on the <www.vitaminshoppeprotein.com> web site, and the copyright notice for the <www.vitaminshoppeprotein.com> web site is in the name of Defendant. There is also a statement on the <www.vitaminshoppeprotein.com> web site that the "content in this web site was prepared and is copyrighted by Seeger Weiss [Defendant]".

47. On information and belief, the web site associated with the domain name <www.vitaminshoppeprotein.com> is authorized by and controlled by Defendant.

48. On information and belief, Defendant is soliciting information from individuals on the web site <www.vitaminshoppeprotein.com> for a potential class action lawsuit against Vitamin Shoppe and its BODYTECH protein supplements.

49. The domain name <vitaminshoppeprotein.com> was registered as of August 29,

2013.

50.     On information and belief, <www.vitaminshoppeprotein.com> is the only web site that Defendant has created for its investigations.

51.     The landing page for the domain name <vitaminshoppeprotein.com> prominently refers to three of Vitamin Shoppe's BODYTECH protein supplement products, and displays the following photographs of the BODYTECH protein supplements in their distinctive blue containers:



52.     A true and correct copy of a printout of the landing page for the domain name <vitaminshoppeprotein.com> is attached as **Exhibit 4** and incorporated by reference.

53.     On information and belief, Defendant copied the photographs of the BODYTECH protein supplements from Vitamin Shoppe's web site without authorization.

54.     On information and belief, Defendant registered the domain name <vitaminshoppeprotein.com> in order to reach internet users who are looking for Vitamin

Shoppe's protein supplements, intercept and lure them to Defendant's web site <www.vitaminshoppeprotein.com>, and solicit their business by asserting that they may be "entitled to compensation".

55.     On information and belief, Defendant is using the <www.vitaminshoppeprotein.com> web site and the BODYTECH trademark and trade dress to mine information from consumers of Vitamin Shoppe's BODYTECH protein supplements for the purpose of filing a class action lawsuit against Vitamin Shoppe.

56.     Defendant is using the <vitaminshoppeprotein.com> domain name and the BODYTECH trademark and trade dress in commerce to solicit business.

57.     Defendant is using Vitamin Shoppe's name and trademarks to lure individuals to its web site <www.vitaminshoppeprotein.com> where Defendant makes disparaging statements about Vitamin Shoppe and its BODYTECH protein supplements.

58.     The combination of the domain name <vitaminshoppeprotein.com>, the BODYTECH trademark, and the trade dress of the BODYTECH protein supplements on the <www.vitaminshoppeprotein.com> home page misleads consumers into believing that Defendant's web site is associated with, sponsored by, or authorized by Vitamin Shoppe.

59.     Once on the <www.vitaminshoppeprotein.com> web site, consumers are lead to believe that there is something dangerous with BODYTECH protein supplements by making statements that "You may be entitled to compensation." and "Get Justice.  Don't Be a Victim."

60.     Within the metatags associated with Defendant's web site <www.vitaminshoppeprotein.com> are the statements "Vitamin Shoppe Protein Lawsuit" and "Vitamin Shoppe Protein Lawsuit Information".  A true and accurate printout of the source code

for the landing page for Defendant's web site <www.vitaminshoppeprotein.com> is attached as **Exhibit 5** and incorporated by reference.

61.     The metatags associated with the web site <www.vitaminshoppeprotein.com> cause web search engines to return search results that falsely indicate and mislead consumers into believing that there is a pending lawsuit against Vitamin Shoppe and its BODYTECH protein supplements.  A true and accurate printout of a Google based search results for "vitaminshoppeprotein.com" is attached as **Exhibit 6** and incorporated by reference.

62.     On information and belief, Defendant has purchased from internet search engines search terms that incorporate the term "Vitamin Shoppe", including misspellings of the term.

63.     On information and belief, the search terms Defendant purchased include "Vitamin Shoppe", misspellings of "Vitamin Shoppe", and "Vitamin Shoppe Coupon".

64.     On information and belief, Defendant purchased the search terms for purposes of having its advertisements appear on the initial page of the search results for the purchased search terms.

65.     Defendant's advertisements associated with the purchases search terms make disparaging statements that Vitamin Shoppe's products are faulty, and falsely indicate that a lawsuit is pending against Vitamin Shoppe.  The web site associated with Defendant's advertisements is Defendant's web site <www.vitaminshoppeprotein.com>.  True and accurate printouts from various Google based search results displaying Defendant's advertisements resulting from the purchased search terms "vitamin shoppe", "the vitamin shop", and "vitamin shoppe coupon" are attached as **Exhibit 7** and incorporated by reference.

66.     Vitamin Shoppe is required by federal law to investigate and report to the Food

and Drug Administration ("the FDA") any notice that it receives concerning an adverse event associated with the use of a dietary supplement. Federal law requires that such report to the FDA be made within fifteen (15) business days after receiving notice of the adverse event.

67. Defendant's use and maintenance of the web site <www.vitaminshoppeprotein.com> and the display of the BODYTECH trademark and products on that web site is likely to mislead the public into believing that by completing the form on Defendant's web site, that they are reporting adverse events relating to the BODYTECH protein supplements to Vitamin Shoppe.

68. As a result of this confusion, Defendant's use and maintenance of the web site <www.vitaminshoppeprotein.com> and the display of the BODYTECH trademark, trade dress and products undermines the public policy to protect the consumer, and thwarts the FDA's process for reporting adverse events.

**COUNT I**
**(Trademark Infringement Under § 32 of the Lanham Act)**

69. Vitamin Shoppe repeats and incorporates by reference the allegations of paragraphs 1 through 68 of its Complaint as if set forth fully herein.

70. The domain name <vitaminshoppeprotein.com> is confusingly similar to Vitamin Shoppe's registered trademark THE VITAMIN SHOPPE.

71. Defendant's use of the domain name <vitaminshoppeprotein.com> is likely to cause confusion, mistake or deceive the public into believing that the services offered under the web site are sponsored by, approved by, or otherwise associated with Vitamin Shoppe as to cause irreparable damage and injury to Vitamin Shoppe.

72.     Defendant's use of the designation BODYTECH is confusingly similar to Vitamin Shoppe's registered trademark BODYTECH.

73.     Defendant's use and display of Vitamin Shoppe's trade dress and photographs of BODYTECH protein supplements is confusingly similar to Vitamin Shoppe's registered trademark BODYTECH.

74.     Defendant's use of the BODYTECH trademark and trade dress is likely to cause confusion, mistake or deceive the public into believing that the services offered by Defendant are sponsored by, approved by, or otherwise associated with Vitamin Shoppe as to cause irreparable damage and injury to Vitamin Shoppe.

75.     Defendant's use of the domain name <vitaminshoppeprotein.com>, the BODYTECH trademark and trade dress, and Vitamin Shoppe's photographs of BODYTECH protein supplements is likely to deceive the public into believing that Defendant's web site is for reporting adverse events to Vitamin Shoppe.

76.     Defendant's use of the domain name <vitaminshoppeprotein.com> and the trademark BODYTECH interferes with Vitamin Shoppe's responsibility to report adverse events and interferes with the FDA's reporting regulations.

77.     Defendant's actions constitute trademark infringement in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

78.     Defendant's actions have caused and will continue to cause irreparable injury to Vitamin Shoppe unless enjoined by this Court.

79.     Vitamin Shoppe has no adequate remedy at law.

**COUNT II**
**(Unfair Competition Under § 43 of the Lanham Act)**

80. Vitamin Shoppe repeats and incorporates by reference the allegations of paragraphs 1 through 79 of its Complaint as if set forth fully herein.

81. Defendant is attempting to trade on and profit from the goodwill associated with the trademarks THE VITAMIN SHOPPE and BODYTECH.

82. Defendant is attempting falsely to suggest an association with Vitamin Shoppe or to trade on the goodwill of the trademarks THE VITAMIN SHOPPE and BODYTECH.

83. Defendant's use of the domain name <vitaminshoppeprotein.com>, the BODYTECH trademark and trade dress, and Vitamin Shoppe's photographs of the BODYTECH protein supplements is likely to cause confusion as to the source or sponsorship of Defendant's services.

84. Defendant's actions are likely to cause confusion as to the source or sponsorship of Defendant's services.

85. Defendant's misleading statements on the web site <www.vitaminshoppeprotein.com> concerning the BODYTECH products misrepresent the nature, characteristics and qualities of Vitamin Shoppe's BODYTECH protein supplements.

86. The metatags associated with the web site <www.vitaminshoppeprotein.com> make misleading representations that a lawsuit involving BODYTECH protein supplements has been filed, which misrepresent the nature, characteristics and qualities of Vitamin Shoppe's BODYTECH protein supplements.

87. Defendant's purchased search term advertisements make false and misleading

representations that a lawsuit involving Vitamin Shoppe's protein supplements has been filed, that Vitamin Shoppe's supplements are dangerous, faulty, and otherwise unsafe, which misrepresent the nature, characteristics and qualities of Vitamin Shoppe's protein supplements.

88. Defendant's actions constitute unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

89. Defendant's actions have caused and will continue to cause irreparable injury to Vitamin Shoppe unless enjoined by this Court.

90. Vitamin Shoppe has no adequate remedy at law.

**COUNT III**
**(Dilution Under § 43(c) of the Trademark Act)**

91. Vitamin Shoppe repeats and incorporates by reference the allegations of paragraphs 1 through 90 of its Complaint as if set forth fully herein.

92. Vitamin Shoppe's trademark THE VITAMIN SHOPPE is famous.

93. Vitamin Shoppe's trademark THE VITAMIN SHOPPE became famous prior to Defendant's use of "Vitamin Shoppe" in the domain name <vitaminshoppeprotein.com>.

94. Defendant's use of <vitaminshoppeprotein.com> is likely to dilute the trademark THE VITAMIN SHOPPE.

95. Defendant's use of <vitaminshoppeprotein.com> is likely to impair the distinctiveness of the trademark THE VITAMIN SHOPPE.

96. Defendant's actions are likely to tarnish the reputation of the trademark THE VITAMIN SHOPPE.

97. Defendant's actions are likely to tarnish Vitamin Shoppe's reputation.

98. Defendant's actions are likely to tarnish the goodwill associated with the trademark THE VITAMIN SHOPPE.

99. Defendant's actions constitute dilution in violation of Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c).

100. As a result of Defendant's wrongful conduct, Vitamin Shoppe is suffering and will continue to suffer immediate and irreparable harm unless Defendant is enjoined by this Court.

101. Vitamin Shoppe has no adequate remedy at law.

**COUNT IV**
**(Cybersquatting Under § 43(d) of the Trademark Act)**

102. Vitamin Shoppe repeats and incorporates by reference the allegations of paragraphs 1 through 101 of its Complaint as if set forth fully herein.

103. Defendant was aware of Vitamin Shoppe when it registered the domain name <vitaminshoppeprotein.com>.

104. Defendant was aware that Vitamin Shoppe sold protein supplements when it registered the domain name <vitaminshoppeprotein.com>.

105. The trademark THE VITAMIN SHOPPE was distinctive at the time Defendant registered the domain name <vitaminshoppeprotein.com>.

106. The trademark THE VITAMIN SHOPPE was famous at the time Defendant registered the domain name <vitaminshoppeprotein.com>.

107. Defendant has a bad faith intent to profit from the trademark THE VITAMIN SHOPPE.

108. Defendant's bad faith intent is evidenced by the false and misleading statements on the web site <www.vitaminshoppeprotein.com>, in the statements in the metatags associated with the web site that indicate an existing lawsuit involving BODTYTECH protein supplements, and in the purchased search term advertisements that Vitamin Shoppe's supplements are faulty.

109. Defendant intends to divert consumers from Vitamin Shoppe's online locations to Defendant's web site <www.vitaminshoppeprotein.com>, which will harm the goodwill represented by the trademark THE VITAMIN SHOPPE, for commercial gain, with intent to tarnish or disparage the trademark THE VITAMIN SHOPPE, and by creating a likelihood of confusion as to the source, sponsorship, affiliation, or endorsement of the web site <www.vitaminshoppeprotein.com>.

110. Defendant intends to lure consumers to Defendant's web site <www.vitaminshoppeprotein.com> which will harm the goodwill represented by the trademark THE VITAMIN SHOPPE, for commercial gain, with intent to tarnish or disparage the trademark THE VITAMIN SHOPPE, and by creating a likelihood of confusion as to the source, sponsorship, affiliation, or endorsement of the web site <www.vitaminshoppeprotein.com>.

111. As a result of Defendant's wrongful conduct, Vitamin Shoppe is suffering and will continue to suffer immediate and irreparable harm unless Defendant is enjoined by this Court.

112. Vitamin Shoppe has no adequate remedy at law.

**COUNT V**
**(Common Law Trademark Infringement and Unfair Competition)**

113. Vitamin Shoppe repeats and incorporates by reference the allegations of

paragraphs 1 through 112 of its Complaint as if set forth fully herein.

114.   The domain name <vitaminshoppeprotein.com> is confusingly similar to Vitamin Shoppe's registered trademark THE VITAMIN SHOPPE.

115.   Defendant's use of the domain name <vitaminshoppeprotein.com> is likely to cause confusion, mistake or deceive the public into believing that the services offered under the web site are sponsored by, approved by, or otherwise associated with Vitamin Shoppe as to cause irreparable damage and injury to Vitamin Shoppe.

116.   Defendant's use of the designation BODYTECH is confusingly similar to Vitamin Shoppe's registered trademark BODYTECH.

117.   Defendant's use of the designation BODYTECH is likely to cause confusion, mistake or deceive the public into believing that the services offered by Defendant are sponsored by, approved by, or otherwise associated with Vitamin Shoppe as to cause irreparable damage and injury to Vitamin Shoppe.

118.   Defendant's use and display of Vitamin Shoppe's BODYTECH trade dress and photographs of BODYTECH protein supplements is confusingly similar to Vitamin Shoppe's registered trademark BODYTECH.

119.   Defendant is attempting to trade on and profit from the goodwill associated with the trademarks THE VITAMIN SHOPPE and BODYTECH.

120.   Defendant is attempting to falsely suggest an association with Vitamin Shoppe or to trade on the goodwill of the trademarks THE VITAMIN SHOPPE and BODYTECH.

121.   Defendant's use of the domain name <vitaminshoppeprotein.com>, the BODYTECH trademark and trade dress, and Vitamin Shoppe's photographs of the BODYTECH

protein supplements is likely to cause confusion as to the source or sponsorship of Defendant's services.

122. Defendant's actions are likely to cause confusion as to the source or sponsorship of Defendant's services.

123. Defendant's actions have been willful, intentional, and in bad faith.

124. Defendant's actions have caused and will continue to cause irreparable injury to Vitamin Shoppe unless enjoined by this Court.

125. Vitamin Shoppe has no adequate remedy at law.

**COUNT VI**
**(New York State Dilution under New York General Business Law § 360-1)**

126. Vitamin Shoppe repeats and incorporates by reference the allegations of paragraphs 1 through 125 of its Complaint as if set forth fully herein.

127. Vitamin Shoppe's trademark THE VITAMIN SHOPPE is famous.

128. Vitamin Shoppe's trademark THE VITAMIN SHOPPE became famous prior to Defendant's registration and use of "Vitamin Shoppe" in the domain name <vitaminshoppeprotein.com>.

129. Defendant's use of <vitaminshoppeprotein.com> is likely to dilute the trademark THE VITAMIN SHOPPE.

130. Defendant's actions are likely to dilute the distinctive quality of Vitamin Shoppe's trademark THE VITAMIN SHOPPE in violation of Section 360-1 of the New York General Business Law.

131. Defendant's actions are likely to tarnish the business reputation of Vitamin Shoppe in violation of Section 360-1 of the New York General Business Law.

132. As a result of Defendant's wrongful conduct, Vitamin Shoppe is suffering and will continue to suffer immediate and irreparable harm unless Defendant is enjoined.

133. Vitamin Shoppe has no adequate remedy at law.

**PRAYER FOR RELIEF**

WHERFORE, Plaintiff, Vitamin Shoppe Industries Inc., respectfully requests the following relief:

A. That the Court find in favor of Vitamin Shoppe in accordance with all Counts of Plaintiff's Complaint;

B. That the Court enter judgment for Vitamin Shoppe and against Defendant on Count I for trademark infringement under 15 U.S.C. § 1114.

C. That the Court enter judgment for Vitamin Shoppe and against Defendant on Count II for unfair competition in violation of 15 U.S.C. § 1125(a).

D. That the Court enter judgment for Vitamin Shoppe and against Defendant on Count III for dilution in violation of 15 U.S.C. § 1125(c).

E. That the Court enter judgment for Vitamin Shoppe and against Defendant on Count IV for cybersquatting in violation of 15 U.S.C. § 1125(d).

F. That the Court enter judgment for Vitamin Shoppe and against Defendant on Count V for trademark infringement and unfair competition under the common law of New York.

G. That the Court enter judgment for Vitamin Shoppe and against Defendant on Count VI for dilution in violation of Section 360-1 of the New York General Business Law.

H. That the Court enter a permanent injunction that Defendant, its heirs, officers,

partners, administrators, employees, agents, servants, representatives, related companies,
licensees, successors, assigns, assignees, and all those acting in concert or participation with
Defendant, or on behalf of Defendant, from doing, causing, aiding or abetting any of the
following:

a.    engaging in any acts or activities directly or indirectly calculated to trade upon the
reputation or goodwill of Vitamin Shoppe or the trademarks THE VITAMIN
SHOPPE and BODYTECH, or to unfairly compete with Vitamin Shoppe in any
manner;

b.    directly or indirectly infringing the trademarks THE VITAMIN SHOPPE and
BODYTECH;

c.    using in the sale, offering for sale, promotion, advertising, and marketing of goods
or services or in any advertising, catalogs, letterhead, business cards, promotional
items, promotional material, on any web site or other materials whatsoever the
trademarks THE VITAMIN SHOPPE or BODYTECH or any mark or designation
incorporating "Vitamin Shoppe" or "Bodytech" in such manner so as to cause
confusion, or be likely to cause confusion, mistake or deceive Vitamin Shoppe's
customers and the public into the belief that the services offered by Defendant are
approved by, sponsored by, or otherwise associated or connected with Vitamin
Shoppe;

d.    using in any manner the designation "Vitamin Shoppe" or "Bodytech" or any
other designation or trademark that is identical to or confusingly similar to the
trademarks THE VITAMIN SHOPPE or BODYTECH, in any font, style, or

typeface, as a domain name, social media site or address, directory name, or other

such computer address; in buried code or in metatags on any web pages for any

web sites owned, maintained, sponsored or approved by, associated with, or under

the control of Defendant;

e.      using in any manner the trademarks THE VITAMIN SHOPPE or BODYTECH in

connection with the offering, advertisement, or promotion of Defendant's services

in such a manner that is likely to create the erroneous belief that said services are

authorized by, sponsored by, licensed by, approved by, or in some way associated

with Vitamin Shoppe; and

f.      otherwise engaging in any other acts or conduct that would cause consumers to

believe erroneously that Defendant's services are somehow sponsored by,

authorized by, licensed by, approved by, or in any other way are associated with

Vitamin Shoppe;

I.      That the Court enter an order finding that the trademark THE VITAMIN

SHOPPE is distinctive;

J.      That the Court enter an order finding that the trademark THE VITAMIN

SHOPPE is famous;

K.      That the Court enter an order finding that the trademark BODYTECH is

distinctive;

L.      That the Court enter an order finding that Defendant's use of

<vitaminshoppeprotein.com>, VITAMIN SHOPPE, and BODYTECH is confusingly similar to

Vitamin Shoppe's trademarks THE VITAMIN SHOPPE and BODYTECH;

M.     That the Court enter an order finding that Defendant's use of <vitaminshoppeprotein.com> and VITAMIN SHOPPE dilutes the distinctiveness of the trademark THE VITAMIN SHOPPE;

N.     That the Court enter an order finding that Defendant's use of <vitaminshoppeprotein.com> and VITAMIN SHOPPE tarnishes the trademark THE VITAMIN SHOPPE;

O.     That the Court enter an order finding that Defendant registered the domain name <vitaminshoppeprotein.com> in bad faith;

P.     That the Court enter an order finding that Defendant has a bad faith intent to profit from Vitamin Shoppe's trademark THE VITAMIN SHOPPE;

Q.     That the Court order Defendant to immediately transfer to Vitamin Shoppe the domain name registration for <vitaminshoppeprotein.com>;

R.     That the Court order an accounting of damages to Vitamin Shoppe arising from Defendant's wrongful conduct and award Vitamin Shoppe such amount;

S.     That the Court order Defendant to account to and pay over to Vitamin Shoppe all gains, profits and advantages derived from Defendant's trademark infringement, and unfair competition under Federal and state law;

T.     That the Court order Defendant to account to and pay over to Vitamin Shoppe all damages suffered by Vitamin Shoppe as a result of Defendant's trademark infringement, and unfair competition under Federal and state law;

U.     That the Court enter an order trebling the amount of the award to Vitamin Shoppe, pursuant to 15 U.S.C. § 1117(a);

V. That the Court award Vitamin Shoppe's costs and expenses in this litigation;

W. That the Court enter judgment that this is an exceptional case under 15 U.S.C. §1117 and award Vitamin Shoppe its attorneys' fees;

X. That the Court award all damages as allowed by law; and

Y. For such other and further relief as this Court deems just and proper.

**DEMAND FOR TRIAL BY JURY**

Plaintiff, Vitamin Shoppe Industries Inc., demands a trial by jury as to all issues in this action so triable of right by a jury.

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

Dated: November 21, 2013

Craig S. Mende (cmende@fzlz.com)
Jason D. Jones (jjones@fzlz.com)
866 United Nations Plaza
New York, New York 10017
Tel: (212) 813-5900
Fax: (212) 813-5901

Of counsel:
Arne M. Olson (*pro hac vice* to be filed)
Kathryn E. Garipay (*pro hac vice* to be filed)
Alissa A. Digman (*pro hac vice* to be filed)
OLSON & CEPURITIS, LTD.
20 N. Wacker Dr., 36th Floor
Chicago, IL 60606-3113
aolson@olsonip.com
kgaripay@olsonip.com
adigman@olsonip.com

*Attorneys for Plaintiff Vitamin Shoppe Industries Inc.*

# EXHIBIT 1

**Int. Cls.: 3 and 5**

**Prior U.S. Cls.: 1, 4, 6, 18, 44, 46, 50, 51 and 52**

**Reg. No. 2,481,640**

**United States Patent and Trademark Office** **Registered Aug. 28, 2001**

**TRADEMARK**
**PRINCIPAL REGISTER**

# THE VITAMIN SHOPPE

VITAMIN SHOPPE INDUSTRIES, INC. (NEW YORK CORPORATION)
4700 WESTSIDE AVENUE
NORTH BERGEN, NJ 07047

FOR: NON-MEDICATED SKIN TREATMENT CREAMS, HAIR SHAMPOOS AND BATH AND SHOWER GELS; AND AROMATHERAPY OILS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 10-31-1982; IN COMMERCE 10-31-1982.

FOR: VITAMINS, VITAMIN AND MINERAL SUPPLEMENTS, AND NUTRITIONAL SUPPLEMENTS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 10-31-1982; IN COMMERCE 10-31-1982.

OWNER OF U.S. REG. NOS. 1,506,651 AND 1,510,646.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "VITAMIN", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 75-863,099, FILED 12-2-1999.

M. E. BODSON, EXAMINING ATTORNEY

**EXHIBIT 2**

**Int. Cl.: 35**

**Prior U.S. Cls.: 100, 101 and 102**

**Reg. No. 2,481,906**

**United States Patent and Trademark Office** **Registered Aug. 28, 2001**

**SERVICE MARK**
**PRINCIPAL REGISTER**

# THE VITAMIN SHOPPE

VITAMIN SHOPPE INDUSTRIES, INC. (NEW YORK CORPORATION)
4700 WESTSIDE AVENUE
NORTH BERGEN, NJ 07047

FOR: RETAIL STORE SERVICES, MAIL ORDER CATALOG SERVICES AND ONLINE RETAIL STORE SERVICES PROVIDED VIA A GLOBAL COMPUTER NETWORK FEATURING VITAMINS, NUTRITIONAL SUPPLEMENTS, BOOKS, HERBAL PRODUCTS, AROMATHERAPY PRODUCTS, BATH AND SHOWER PRODUCTS, SKIN TREATMENT CREAMS, AND RELATED ITEMS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10-31-1977; IN COMMERCE 10-31-1981.

OWNER OF U.S. REG. NOS. 1,506,651 AND 1,510,646.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "VITAMIN", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 75-980,453, FILED 12-2-1999.

M. E. BODSON, EXAMINING ATTORNEY

**EXHIBIT 3**

Int. Cl.: 5

Prior U.S. Cls.: 6, 18, 44, 46, 51 and 52

Reg. No. 2,872,484

United States Patent and Trademark Office

Registered Aug. 10, 2004

Corrected

OG Date Dec. 14, 2004

**TRADEMARK**
**PRINCIPAL REGISTER**

**BODYTECH**

VITAMIN SHOPPE INDUSTRIES INC. (NEW YORK CORPORATION)
2101 91ST STREET
NORTH BERGEN, NJ 07047

FOR: DIETARY AND NUTRITIONAL SUPPLEMENTS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 10-31-2001; IN COMMERCE 10-31-2001.

SER. NO. 78-070,985, FILED 6-26-2001.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Dec. 14, 2004.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

# EXHIBIT 4

Find out if you are eligible for compensation 800-939-7878
Toll free 24/7

## Unhappy with purchasing Protein Supplements?

You may be entitled to compensation.

*Hire a national law firm with a proven track record.*

*Fill out the form to receive a FREE Case Evaluation from an attorney*

First Name

Last Name

Email Address

Phone Number

Did you purchase Vitamin Shoppe Protein?

Your Message

## Did you purchase Protein Supplements?

If you have purchased BodyTech Whey Tech Pro 24, BodyTech 100% Casein, and BodyTech Primal Pro from Vitamin Shoppe®, or any other protein product claiming to have digestive enzymes, contact us now!

You may be eligible to join in our investigation into the manufacturer. Just simply fill out the form to see if you are eligible for a potential protein supplement investigation.

## Why choose the Seeger Weiss Law Firm?

Seeger Weiss, LLP and The Oliver Law Group PC are leaders in consumer class action lawsuits and complex litigation. With experienced attorneys and office locations across the United States, they strive to obtain the highest quality of service to their clients.

Lauded by the legal community and major publications—Seeger Weiss has "gained the respect of the plaintiffs and defense bar alike for its willingness to 'always take on the tough cases' and 'jump right into the heart of everything when everyone else is afraid,'" according to Legal 500

## Vitamin Shoppe Protein Supplement Investigation Overview

The sports nutrition supplement business is a multi-billion dollar a year industry. Topping the charts for sales are protein powder products such as whey, casein, soy and others. With such a demand for these products competition is fierce and many supplement companies try to differentiate their protein powders from the rest.

Whey-based protein powders have solid scientific support for aiding in increased muscle mass, strength and retention of muscle. However, some studies have come out that claim that the human body can only digest a certain amount of protein during a certain

### Our 24 Hour Promise

Once you have completed the form above, Seeger Weiss will contact you via phone or email within 24 hours. This service is of no cost to you!

### Get Justice. Don't Be a Victim

If you have purchased BodyTech Whey Tech Pro 24, BodyTech 100% Casein, and BodyTech Primal Pro from Vitamin Shoppe®, or any other protein product claiming to have digestive enzymes, you may have more questions than you do answers. Seeger Weiss is here to assist you in every way possible.

While you are understandably focused on your health and wellbeing, there are reasons to investigate the situation.

**Your Vitamin Shoppe Protein Supplement Investigation Could Expire**

Depending on your situation and the state you live in, there

time period. In an effort to take advantage of this need by consumers to have protein powders which have increased absorption, many companies have turned to digestive enzymes.

Sales of digestive aids and enzymes have grown over the past years reaching $136 million in the past fiscal year, up 4% from two years ago. Certain companies have chosen to include certain digestive enzymes into their protein powders in an attempt to increase absorption and digestion. Although this sounds like a great idea in theory some manufacturers are using digestive enzymes, which have clinical studies supporting them at dose-dependent levels, but including only a fraction of the level that has been proven to work.

So what does that mean for the consumer? It means that although you are looking at a product that includes digestive enzymes, it does not have enough of the compounds to actually do anything. This is the same game many manufacturers use for all types of ingredients. If you have purchased BodyTech Whey Tech Pro 24, BodyTech 100% Casein, and BodyTech Primal Pro from Vitamin Shoppe®, or any other protein product claiming to have digestive enzymes, contact us now!

may be time sensitive criteria. Do not delay, see if your eligible for a Vitamin Shoppe protein supplement investigation.

0

Copyright © 2013 Seeger Weiss LLP. All Rights Reserved. | Office Locations in New York, New Jersey and Pennsylvania.
Call Us Toll Free at (800) 939-7878
Privacy Policy | Legal Disclaimer

Seeger Weiss LLP does not offer any guarantee of case results. Past success in litigation does not guarantee success in any new or future lawsuit.

# EXHIBIT 5

```
<!DOCTYPE html>
<html lang="en-US" prefix="og: http://ogp.me/ns#">
<head>
<meta charset="UTF-8" />
<meta name="viewport" content="width=device-width" />
<title>Vitamin Shoppe Investigation- Protein Supplements Class Action Investigation
</title>
<link rel="profile" href="http://gmpg.org/xfn/11" />
<link rel="pingback" href="http://www.vitaminshoppeprotein.com/xmlrpc.php" />
<!--[if lt IE 9]>
<script src="http://www.vitaminshoppeprotein.com/wp-
content/themes/mirena/js/html5.js" type="text/javascript"></script>
<![endif]-->


<!-- This site is optimized with the Yoast WordPress SEO plugin v1.4.15 -
http://yoast.com/wordpress/seo/ -->
<meta name="description" content="If you purchased Vitamin Shoppe Protein
supplements you may be eligible to file a claim against the manufacturer. Fill out
the form to see if you are eligible!"/>
<link rel="canonical" href="http://www.vitaminshoppeprotein.com/" />
<meta property="og:locale" content="en_US"/>
<meta property="og:type" content="article"/>
<meta property="og:title" content="Vitamin Shoppe Investigation- Protein Supplements
Class Action Investigation"/>
<meta property="og:description" content="If you purchased Vitamin Shoppe Protein
supplements you may be eligible to file a claim against the manufacturer. Fill out
the form to see if you are eligible!"/>
<meta property="og:url" content="http://www.vitaminshoppeprotein.com/"/>
<meta property="og:site_name" content="Vitamin Shoppe Protein Lawsuit"/>
<meta name="google-site-verification"
content="6OPeIKe0uaOQYQN8tR1WHQr2X8g3Mk8IoMrDTa8jod8" />
<meta name="msvalidate.01" content="8E614DE971674338DDF248FF815919D1" />
<!-- / Yoast WordPress SEO plugin. -->

<link rel="alternate" type="application/rss+xml" title="Vitamin Shoppe Protein
Lawsuit &raquo; Feed" href="http://www.vitaminshoppeprotein.com/feed/" />
<link rel="alternate" type="application/rss+xml" title="Vitamin Shoppe Protein
Lawsuit &raquo; Comments Feed"
href="http://www.vitaminshoppeprotein.com/comments/feed/" />
<link rel="alternate" type="application/rss+xml" title="Vitamin Shoppe Protein
Lawsuit &raquo; Home Comments Feed"
href="http://www.vitaminshoppeprotein.com/sample-page/feed/" />
<link rel='stylesheet' id='contact-form-7-css'
href='http://www.vitaminshoppeprotein.com/wp-content/plugins/contact-form-
7/includes/css/styles.css?ver=3.3.3' type='text/css' media='all' />
<link rel='stylesheet' id='style-css'  href='http://www.vitaminshoppeprotein.com/wp-
content/themes/mirena/style.css?ver=3.5.1' type='text/css' media='all' />
<script type='text/javascript' src='http://www.vitaminshoppeprotein.com/wp-
includes/js/jquery/jquery.js?ver=1.8.3'></script>
<script type='text/javascript' src='http://www.vitaminshoppeprotein.com/wp-
includes/js/comment-reply.min.js?ver=3.5.1'></script>
<link rel="EditURI" type="application/rsd+xml" title="RSD"
href="http://www.vitaminshoppeprotein.com/xmlrpc.php?rsd" />
<link rel="wlwmanifest" type="application/wlwmanifest+xml"
href="http://www.vitaminshoppeprotein.com/wp-includes/wlwmanifest.xml" />
```

```
<meta name="generator" content="WordPress 3.5.1" />
</head>

<body class="home page page-id-2 page-template page-template-page--home-php">
<div id="page" class="hfeed site">
		<header id="masthead" class="site-header" role="banner">
		<div class="container">
			<hgroup>
				<h1 class="site-title"><a
href="http://www.vitaminshoppeprotein.com/" title="Vitamin Shoppe Protein Lawsuit"
rel="home">Vitamin Shoppe Protein Lawsuit</a></h1>
				<h2 class="site-description">Vitamin Shoppe Protein
Lawsuit Information</h2>
			</hgroup>

			<nav role="navigation" class="site-navigation main-navigation">
				<h1>Find out if you are eligible for compensation 800-939-
7878</h1>
				<h2>Toll free 24/7</h2>
			</nav><!-- .site-navigation .main-navigation -->
		</div>
	</header><!-- #masthead .site-header -->

	<div id="main" class="site-main clearfix">

		<div id="primary" class="content-area">
			<img src="http://www.vitaminshoppeprotein.com/wp-
content/themes/mirena/img/img-arrow_left.png" id="arrow_left"/>
			<div id="content" class="site-content" role="main">

<article id="post-2" class="post-2 page type-page status-publish hentry">
	<header class="entry-header">
	</header><!-- .entry-header -->

	<div class="entry-content">
		<h2>Did you purchase Protein Supplements?</h2>
<p>If you have purchased BodyTech Whey Tech Pro 24, BodyTech 100% Casein, and
BodyTech Primal Pro from Vitamin Shoppe®, or any other protein product claiming to
have digestive enzymes, contact us now!</p>
<p>You may be eligible to join in our investigation into the manufacturer. Just
simply fill out the form to see if you are eligible for a potential protein
supplement investigation.</p>
<hr />
<h2>Why choose the Seeger Weiss Law Firm?</h2>
<p><a href="http://www.seegerweiss.com/">Seeger Weiss, LLP</a> and <a
href="http://www.legalactionnow.com/">The Oliver Law Group PC</a> are leaders in
consumer class action lawsuits and complex litigation. With experienced attorneys
and office locations across the United States, they strive to obtain the highest
quality of service to their clients.</p>
<p>Lauded by the legal community and major publications—Seeger Weiss has “gained the
respect of the plaintiffs and defense bar alike for its willingness to ‘always take
on the tough cases’ and ‘jump right into the heart of everything when everyone else
is afraid,’” according to Legal 500</p>
<hr />
```

```
<h2>Vitamin Shoppe Protein Supplement Investigation Overview</h2>
<p>The sports nutrition supplement business is a multi-billion dollar a year
industry.  Topping the charts for sales are protein powder products such as whey,
casein, soy and others.  With such a demand for these products competition is fierce
and many supplement companies try to differentiate their protein powders from the
rest.</p>
<p>Whey-based protein powders have solid scientific support for aiding in increased
muscle mass, strength and retention of muscle.  However, some studies have come out
that claim that the human body can only digest a certain amount of protein during a
certain time period.  In an effort to take advantage of this need by consumers to
have protein powders which have increased absorption, many companies have turned to
digestive enzymes.</p>
<p>Sales of digestive aids and enzymes have grown over the past years reaching $136
million in the past fiscal year, up 4% from two years ago.  Certain companies have
chosen to include certain digestive enzymes into their protein powders in an attempt
to increase absorption and digestion.  Although this sounds like a great idea in
theory some manufacturers are using digestive enzymes, which have clinical studies
supporting them at dose-dependent levels, but including only a fraction of the level
that has been proven to work.</p>
<p>So what does that mean for the consumer?  It means that although you are looking
at a product that includes digestive enzymes, it does not have enough of the
compounds to actually do anything.  This is the same game many manufacturers use for
all types of ingredients.  If you have purchased BodyTech Whey Tech Pro 24, BodyTech
100% Casein, and BodyTech Primal Pro from Vitamin Shoppe®, or any other protein
product claiming to have digestive enzymes, contact us now!</p>
                                </div><!-- .entry-content -->
</article><!-- #post-2 -->

                    </div><!-- #content .site-content -->
             </div><!-- #primary .content-area -->

             <div id="secondary" class="widget-area" role="complementary">
                    <img src="http://www.vitaminshoppeprotein.com/wp-
content/themes/mirena/img/img-text_aboveform.png" id="intro_copy"/>
                    <img src="http://www.vitaminshoppeprotein.com/wp-
content/themes/mirena/img/img-arrow_right.png" id="arrow_right"/>
                                        <aside id="wysiwyg_widgets_widget-2"
class="widget widget_wysiwyg_widgets_widget"><h1 class="widget-title">form</h1><div>
<div class="wpcf7" id="wpcf7-f7-t1-o1"><form action="/#wpcf7-f7-t1-o1"
method="post" class="wpcf7-form">
<div style="display: none;">
<input type="hidden" name="_wpcf7" value="7" />
<input type="hidden" name="_wpcf7_version" value="3.3.3" />
<input type="hidden" name="_wpcf7_unit_tag" value="wpcf7-f7-t1-o1" />
<input type="hidden" name="_wpnonce" value="649b67e989" />
</div>
<dl>
<dd><span class="wpcf7-form-control-wrap firstName"><input type="text"
name="firstName" value="" class="wpcf7-form-control wpcf7-text wpcf7-validates-as-
required wpcf7-use-title-as-watermark" size="40" title="First Name" /></span></dd>
<dd><span class="wpcf7-form-control-wrap lastName"><input type="text"
name="lastName" value="" class="wpcf7-form-control wpcf7-text wpcf7-validates-as-
required wpcf7-use-title-as-watermark" size="40" title="Last Name" /></span></dd>
<dd><span class="wpcf7-form-control-wrap email"><input type="text" name="email"
```

```
value="" class="wpcf7-form-control wpcf7-text wpcf7-email wpcf7-validates-as-
required wpcf7-validates-as-email wpcf7-use-title-as-watermark" size="40"
title="Email Address" /></span></dd>
<dd><span class="wpcf7-form-control-wrap phone"><input type="text" name="phone"
value="" class="wpcf7-form-control wpcf7-text wpcf7-use-title-as-watermark"
size="40" title="Phone Number" /></span></dd>
<dd><span class="wpcf7-form-control-wrap date"><input type="text" name="date"
value="" class="wpcf7-form-control wpcf7-text wpcf7-use-title-as-watermark"
size="40" title="Did you purchase Vitamin Shoppe Protein?" /></span></dd>
<dd id="message"><span class="wpcf7-form-control-wrap message"><textarea
name="message" class="wpcf7-form-control  wpcf7-textarea wpcf7-use-title-as-
watermark" cols="40" rows="10" title="Your Message"></textarea></span></dd>
<dd id="submit"><button>Submit</button></dd>
</dd>
<div class="wpcf7-response-output wpcf7-display-none"></div></form></div>
</div></aside><aside id="wysiwyg_widgets_widget-3" class="widget
widget_wysiwyg_widgets_widget"><h1 class="widget-title">Our 24 Hour Promise</h1>
<div><p>Once you have completed the form above, Seeger Weiss will contact you via
phone or email within 24 hours. This service is of no cost to you!</p>
</div></aside><aside id="wysiwyg_widgets_widget-5" class="widget
widget_wysiwyg_widgets_widget"><h1 class="widget-title">Get Justice. Don&#8217;t Be
a Victim</h1><div><p>If you have purchased BodyTech Whey Tech Pro 24, BodyTech 100%
Casein, and BodyTech Primal Pro from Vitamin Shoppe®, or any other protein product
claiming to have digestive enzymes, you may have more questions than you do answers.
Seeger Weiss is here to assist you in every way possible.</p>
<p>While you are understandably focused on your health and wellbeing, there are
reasons to investigate the situation.</p>
<p><strong>Your Vitamin Shoppe Protein Supplement Investigation Could Expire<br />
</strong>Depending on your situation and the state you live in, there may be time
sensitive criteria. Do not delay, see if your eligible for a Vitamin Shoppe protein
supplement investigation.</p>
</div></aside><aside id="text-2" class="widget widget_text">            <div
class="textwidget"><script type="text/javascript"
src="https://apis.google.com/js/plusone.js"></script>
<g:plusone></g:plusone></div>
            </div></aside>                    <img
src="http://www.vitaminshoppeprotein.com/wp-content/themes/mirena/img/img-
doctor_footer.png" id="doctor"/>

            </div><!-- #secondary .widget-area -->
                <img src="http://www.vitaminshoppeprotein.com/wp-
content/themes/mirena/img/img-bottom_lobster.png" id="lobster"/>


        </div><!-- #main .site-main -->

        <footer id="colophon" class="site-footer" role="contentinfo">
            <section id="wysiwyg_widgets_widget-6" class="widget
widget_wysiwyg_widgets_widget"><h1 class="widget-title">Copyright © 2013 Seeger
Weiss LLP. All Rights Reserved. | Office Locations in New York, New Jersey and
Pennsylvania. </h1><h3 style="text-align: center;"></h3>
<h2 style="text-align: center;">Call Us Toll Free at (800) 939-7878</h2>
<p style="text-align: center;"><span style="color: #ffffff;"><a
href="http://www.vitaminshoppeprotein.com/privacy-policy/"><span style="color:
#ffffff;">Privacy Policy</span></a></span> | <span style="color: #ffffff;"><a
href="http://www.vitaminshoppeprotein.com/disclaimer/"><span style="color:
```

```
#ffffff;">Legal Disclaimer</span></a></span></p>
<p style="text-align: center;">Seeger Weiss LLP does not offer any guarantee of case
results. Past success in litigation does not guarantee success in any new or future
lawsuit.</p>
</section>   </footer><!-- #colophon .site-footer -->
</div><!-- #page .hfeed .site -->

<script type='text/javascript' src='http://www.vitaminshoppeprotein.com/wp-
content/plugins/contact-form-7/includes/js/jquery.form.min.js?ver=3.25.0-
2013.01.18'></script>
<script type='text/javascript'>
/* <![CDATA[ */
var _wpcf7 = {"loaderUrl":"http:\/\/www.vitaminshoppeprotein.com\/wp-content
\/plugins\/contact-form-7\/images\/ajax-loader.gif","sending":"Sending
...","cached":"1"};
/* ]]> */
</script>
<script type='text/javascript' src='http://www.vitaminshoppeprotein.com/wp-
content/plugins/contact-form-7/includes/js/scripts.js?ver=3.3.3'></script>
<script type='text/javascript' src='http://www.vitaminshoppeprotein.com/wp-
content/themes/mirena/js/small-menu.js?ver=20120206'></script>
<script type='text/javascript' src='http://www.vitaminshoppeprotein.com/wp-
content/themes/mirena/js/scripts.js?ver=20120206'></script>
<script>
  (function(i,s,o,g,r,a,m){i['GoogleAnalyticsObject']=r;i[r]=i[r]||function(){
  (i[r].q=i[r].q||[]).push(arguments)},i[r].l=1*new Date();a=s.createElement(o),
  m=s.getElementsByTagName(o)[0];a.async=1;a.src=g;m.parentNode.insertBefore(a,m)
  })(window,document,'script','//www.google-analytics.com/analytics.js','ga');

  ga('create', 'UA-43798333-1', 'vitaminshoppeprotein.com');
  ga('send', 'pageview');

</script>
</body>
</html>
<!-- Dynamic page generated in 1.574 seconds. -->
<!-- Cached page generated by WP-Super-Cache on 2013-11-19 19:58:55 -->

<!-- Compression = gzip -->
<!-- super cache -->
```

# EXHIBIT 6

vitaminshoppeprotein.com

Sign in

Web Images Maps Shopping Videos More Search tools

About 291 results (0 27 seconds)

Did you mean: ***vitamin shoppe protein***

Ad related to **vitaminshoppeprotein.com**

**Vitamin Shoppe** Sale - Up to 60% Off on Leading Brands
www.**vitaminshoppe**.com/
15,220 reviews for vitaminshoppe.com
Free Shipping on Orders Over $25!
The Vitamin Shoppe has 85,681 followers on Google+
Shop By Brand Sports Nutrition
Browse All Vitamins Save Over 40%

Vitamin Shoppe Investigation- Protein Supplements Class...
www.**vitaminshoppeprotein.com**/
If you purchased Vitamin Shoppe Protein supplements you may be eligible to file a claim against the manufacturer. Fill out the form to see if you are elig ble!

admin, Author at **Vitamin Shoppe Protein** Lawsuit
www.**vitaminshoppeprotein.com**/author/lakehouseseo/
If you have purchased BodyTech Whey Tech Pro 24, BodyTech 100% Casein, and BodyTech Primal Pro from Vitamin Shoppe®, or any other protein product **...**

Privacy Policy | **Vitamin Shoppe Protein** Lawsuit
www.**vitaminshoppeprotein.com**/privacy-policy/
By accessing or using the "http://www.**vitaminshoppeprotein.com**" site, you acknowledge that you have read, understood and accept this privacy policy and its **...**

Disclaimer | **Vitamin Shoppe Protein** Lawsuit
www.**vitaminshoppeprotein.com**/disclaimer/
Disclaimer. Seeger Weiss LLP does not offer any guarantee of case results. Past success in litigation does not guarantee success in any new or future lawsuit.

30lb Weight Loss Challenge Vlog (**Vitamin Shoppe - Prote**...

www.youtube.com/watch?v=RtiaUG4pjWQ
Oct 25, 2011 - Uploaded by Shardonnay G
Trip to Vitamin Shoppe to purchase "Lean Dessert" product by BSN; however, I ended up with Syntha-6 **...**

Who Makes **Vitamin Shoppe Protein**? - Bodybuilding.com...
forum.bodybuilding.com › Main Forums › Supplements
Feb 12, 2012 - 14 posts - 11 authors
Pretty sure **Vitamin shoppe protein** is actually Dymatize not ON. Titanium Whey Tropical Berry Genomyx EVOL Genomyx SS V1 Nimbus Abyss **...**

| | | |
|---|---|---|
| Trutein Protein Blend | 3 posts | Mar 23, 2011 |
| Universal Real Gains helping my 92 year old ... | 16 posts | Jun 8, 2010 |

More results from forum.bodybuilding.com

Calories in Bodytech **Vitamin Shoppe Protein** Pudding - C...
www.myfitnesspal.com/.../bodytech-**vitamin-shoppe-protein**-pudding-19...
Calories in Bodytech Vitamin Shoppe Protein Pudding. Find nutrition facts for Bodytech Vitamin Shoppe Protein Pudding and over 2000000 other foods in **...**

Calories in **Vitamin Shoppe Protein** Pudding and Nutrition...
www.fatsecret.com › Foods › Brand List › Vitamin Shoppe
Jan 18, 2011 - There are 135 calories in a 1 packet serving of Vitamin Shoppe Protein Pudding. Get full nutrition facts for other Vitamin Shoppe products and **...**

Best **Vitamin Shoppe Protein** Powders. Compare, reviews...
protein-powder.findthebest.com › Health › Protein Powder
Find and compare the best Vitamin Shoppe protein powders based on nutrition facts such as protein, carbohydrates, sugar, fat, calories, calories per gram and **...**

**vitaminshoppeprotein.com** : information about this newly...
wschange.com/new/2013/08/30/**vitaminshoppeprotein.com**
Aug 30, 2013 - vitaminshoppeprotein.com : information about this newly registered domain name the 2013-08-30 - WSChange.com.

Ad related to **vitaminshoppeprotein.com**

10% off Vitamins - Buy 2 & get 4 for free
www.puritan.com/ 401 seller reviews
Plus Free Shipping today.

**EXHIBIT 7**

+You Search Images Maps Play YouTube News Gmail Drive Calendar More

Screengrab Taken Tue Oct 1 2013 01:33:08 GMT-0400 (EDT)

the vitamin shop

SIGN IN

Web Images Maps Shopping More Search tools

About 9,010,000 results (0.25 seconds)

Showing results for the vitamin ***shoppe***
Search instead for the vitamin shop

Ads related to **the vitamin shop**

**Vitamin Shoppe**® Sale - Save Up to 60% on Leading Brands
www.**vitaminshoppe**.com/ ★★★★★ 15,593 seller reviews
Free Shipping On $25+ Orders!
Voted #1 Vitamin Store Three Years in a Row – Consumer Lab
The Vitamin Shoppe has 48,816 followers on Google+
Deal of the Week - Over 100 Items $9.99 and Under - Hot & New Products

**Vitamin Shop** Lawsuit - Faulty **Vitamin Shop** Products?
www.**vitaminshoppe**protein.com/
Free Case Evaluation Today!

**Vitamin Shoppe**® | SALE & FREE Shipping at Official **Vitamin Shoppe**
www.**vitaminshoppe**.com/
Save BIG at Official **Vitamin Shoppe**. Get FREE Shipping (on orders $25+) on large selection of products (vitamins, nutrition & health supplements, herbal ...

Store Locator
Visit a Vitamin Shoppe store in person! Find the Vitamin ...

Careers
Learn more about our values and culture. Browse the current job ...

Vitamins and Supplements
Buy vitamins and supplements, herbs at the Vitamin ...

Clermont
Visit Vitamin Shoppe at 1500 Oakley Seaver Drive Suite 4 in ...

Supplements
Other Supplements - Weight Management - Amino Acids - ...

Alexandria
Visit Vitamin Shoppe at 3725-B Jefferson Davis Highway ...

More results from vitaminshoppe.com »

**The Vitamin Shoppe** | Facebook
https://www.facebook.com/**THEVITAMINSHOPPE**
**The Vitamin Shoppe**. 377540 likes · 5144 talking about this. We opened our doors back in 1977 and have been on a mission to help spread the word about ...

**The Vitamin Shoppe** - Wikipedia, the free encyclopedia
en.wikipedia.org/wiki/**The_Vitamin_Shoppe**
**The Vitamin Shoppe** (formally **Vitamin Shoppe** Industries, Inc.) is a New Jersey-based retailer of nutritional supplements with 500+ locations in 37 states.

**Vitamin Shoppe** TV - YouTube
www.youtube.com/user/**TheVitaminShoppe**1
Check out the latest videos from **The Vitamin Shoppe** on our new VitaminShoppeTV channel. Subscribe to be updated when our latest videos are posted.

**The Vitamin Shoppe** @ Amazon.com
www.amazon.com/**Vitamin-Shoppe**/b?ie=UTF8&node=10223261
Online Shopping for **The Vitamin Shoppe** products at Amazon.com.

**The Vitamin Shoppe** - Brea, CA - Yelp
www.yelp.com › Food › Specialty Food › Health Markets
★★★★★ Rating: 4.5 - 10 reviews - Price range: $$
10 Reviews of **The Vitamin Shoppe** "I walked in and ten seconds later someone asked me what I was looking for and pointed me right to the vitamin ...

**The Vitamin Shoppe** - Fremont, CA - Yelp
www.yelp.com › Food › Specialty Food › Health Markets
★★★★★ Rating: 4.5 - 9 reviews - Price range: $$
9 Reviews of **The Vitamin Shoppe** "So I have seen **the Vitamin Shoppe** (VS) for awhile now but have typically bought my supplements at Whole Foods (WF).

Ads related to **the vitamin shop**

HSN® Supplements **Shop**
www.hsn.com/
★★★★★ 71 reviews for hsn.com
Andrew Lessman **Vitamins** - 30 Yrs of Trust - Now with Supplements!
HSN has 229,085 followers on Google+
Shop with FlexPay - Recently Aired on TV - Free Shipping Store - Today's Special

Super Supplements ® - Online Orders Over $49 Ship Free
www.supersup.com/
Best Selection & Savings In Redmond
17980 Redmond Way, Redmond, WA - (425) 641-0241

**Shop** at drugstore.com
www.drug**store**.com/
★★★★★ 6,205 reviews for drugstore.com
Huge Selection & Great Variety. Free Shipping On $35+ User Reviews!
Free Gift With Purchase - Free Shipping $35+ - Instant Coupons

Searches related to **the vitamin shoppe**

the vitamin shoppe **locations**
the vitamin shoppe **printable coupons**
the vitamin shoppe **coupons**
the vitamin shoppe **reviews**
the vitamin shoppe **careers**
vitamin shoppe **hours**
the vitamin shoppe **printable coupons 2012**
the vitamin shoppe **printable coupons 20 off**

1 2 3 4 5 6 7 8 9 10 Next

Advanced search Search Help Send feedback

Google Home Advertising Programs Business Solutions Privacy & Terms
About Google

## The Vitamin Shoppe

49,164 followers on Google+

The Vitamin Shoppe is a New Jersey-based retailer of nutritional supplements with 500+ locations in 37 states. They also operate stores in Canada under the name "VitaPath". Wikipedia

**Headquarters:** North Bergen, NJ
**Stock price:** VSI (NYSE) $43.75 +0.26 (+0.60%)
Sep 30, 4:03 PM EDT - Disclaimer
**CEO:** Anthony N. Truesdale
**Founded:** 1977
**Customer service:** 1 (201) 868-5959 (Consumer), 1 (866) 293-3367 (Consumer)

Recent posts

The Olympia 2013
8 hours ago

People also search for

GNC

Vitamin World

Vitacost

Walgreens

Swanson Health Products

Feedback / More info

+You Search Images Maps Play YouTube News Gmail Drive Calendar More

Screengrab Taken Tue Oct 1 2013 03:10:11 GMT-0400 (EDT)

vitamin shoppe

SIGN IN

Web Images Maps Shopping More Search tools

Page 2 of about 6,230,000 results (0.17 seconds)

Ads related to **vitamin shoppe**

**vitaminshoppe**.com - **Vitamin Shoppe**® Sale
www.**vitaminshoppe**.com/ ★★★★★ 15,593 seller reviews
Save Up to 60% on Leading Brands. Free Shipping On $25+ Orders!
The Vitamin Shoppe has 48,841 followers on Google+

Deal of the Week | Natural Bath & Beauty
Over 100 Items $9.99 and Under | Save Over 40%
Hot & New Products | Sports Nutrition

**Vitamin Shop** Lawsuit - Faulty **Vitamin Shop** Products?
www.**vitaminshoppe**protein.com/
Free Case Evaluation Today!

The **Vitamin Shoppe** @ Amazon.com
www.amazon.com/**Vitamin-Shoppe**/b?ie=UTF8&node=10223261
Online Shopping for The **Vitamin Shoppe** products at Amazon.com.

VSI: Summary for **Vitamin Shoppe**, Inc Common Stoc- Yahoo! Finance
finance.yahoo.com/q?s=VSI
View the basic VSI stock chart on Yahoo! Finance. Change the date range, chart type and compare **Vitamin Shoppe**, Inc Common Stoc against other companies.

The **Vitamin Shoppe** - Fremont, CA - Yelp
www.yelp.com › Food › Specialty Food › Health Markets
★★★★★ Rating: 4.5 - 9 reviews - Price range: $$
9 Reviews of The **Vitamin Shoppe** "So I have seen the **Vitamin Shoppe** (VS) for awhile now but have typically bought my supplements at Whole Foods (WF).

**Vitamin Shoppe** - Colma, CA - Yelp
www.yelp.com › Shopping › Drugstores
★★★★★ Rating: 4.5 - 10 reviews - Price range: $$
10 Reviews of **Vitamin Shoppe** "Very nice and helpful staff."

The **Vitamin Shoppe** - Bucktown - Chicago, IL - Yelp
www.yelp.com › Food › Specialty Food › Health Markets
★★★★★ Rating: 3 - 8 reviews - Price range: $$
8 Reviews of The **Vitamin Shoppe** "Easy private parking lot. Keep your smartphone handy becau they will honor **vitamin shoppe** online web pricing...saved me ...

The **Vitamin Shoppe** - Encinitas - Encinitas, CA - Yelp
www.yelp.com › Food › Specialty Food › Health Markets
★★★★★ Rating: 3.5 - 5 reviews - Price range: $$
5 Reviews of The **Vitamin Shoppe** "Great place The prices are fair, the selection is there. If you want a certain vitamin, supplement, protein powder or some type ...

The **Vitamin Shoppe** - Brea, CA - Yelp
www.yelp.com › Food › Specialty Food › Health Markets
★★★★★ Rating: 4.5 - 10 reviews - Price range: $$
10 Reviews of The **Vitamin Shoppe** "I walked in and ten seconds later someone asked me what I was looking for and pointed me right to the vitamin ...

The **Vitamin Shoppe** - West San Jose - San Jose, CA - Yelp
www.yelp.com/biz/the-**vitamin-shoppe**-san-jose
★★★★★ Rating: 3.5 - 45 reviews - Price range: $$
45 Reviews of The **Vitamin Shoppe** "I usually buy vitamins and supplements online but when I'm caught empty handed with little patience to wait for shipping I ...

The **Vitamin Shoppe** - Santa Ana, CA - Yelp
www.yelp.com › Food › Specialty Food › Health Markets
★★★★★ Rating: 4.5 - 11 reviews - Price range: $$
11 Reviews of The **Vitamin Shoppe** "Great prices...better than most others. I stick with the shops own brand vitamins. Their Vitamin B Complex veggie caps are ...

The **Vitamin Shoppe** | Facebook
https://www.facebook.com/THE**VITAMINSHOPPE**
The **Vitamin Shoppe**. 377765 likes · 5144 talking about this. We opened our doors back in 1977 and have been on a mission to help spread the word about ...

Ads related to **vitamin shoppe**

Puritan's Pride **Vitamins** - Limited Time Sale Buy 2 Get 3 Free
www.puritan.com/ ★★★★★ 351 seller reviews
Plus Free Shipping

HSN® Supplements **Shop**
www.hsn.com/
★★★★★ 71 reviews for hsn.com
**Shop** HSN for **Vitamins** & Supplements For a Healthy and Happy You!
Shop with FlexPay - Recently Aired on TV - Free Shipping Store - Today's Special

**Vitamins** & Supplements
**shop**.greendeals.org/
MultiVitamin, A-K, Fish Oil, Cold, Allergy, Herbs, Probiotics & More

Searches related to **vitamin shoppe**

vitamin shoppe **locations** | vitamin **cottage**
**gnc** | vitamin shoppe **aventura**
**whole foods** | vitamin shoppe **pembroke pines**
vitamin shoppe **coupon** | vitamin shoppe **black friday specials**

‹ Gooooooooooogle ›
Previous 1 2 3 4 5 6 7 8 9 10 Next

Advanced search Search Help Send feedback

Google Home Advertising Programs Business Solutions Privacy & Terms
About Google

+You Search Images Maps Play YouTube News Gmail Drive Calendar More

Screengrab Taken Tue Oct 1 2013 02:29:24 GMT-0400 (EDT)

vitamin shoppe

SIGN IN

Web Images Maps Shopping More Search tools

About 6,190,000 results (0.18 seconds)

Ads related to **vitamin shoppe**

**vitaminshoppe**.com - **Vitamin Shoppe**® Sale
www.**vitaminshoppe**.com/ ★★★★★ 15,593 seller reviews
Save Up to 60% on Leading Brands. Free Shipping On $25+ Orders!
The Vitamin Shoppe has 48,832 followers on Google+

Deal of the Week | Natural Bath & Beauty
Over 100 Items $9.99 and Under | Save Over 40%
Hot & New Products | Sports Nutrition

**Vitamin Shop** Supplements - Faulty **Vitamin Shop** Products?
www.**vitaminshoppe**protein.com/
Free Case Evaluation Today!

**Vitamin Shoppe**® | SALE & FREE Shipping at Official **Vitamin Shoppe**
www.**vitaminshoppe**.com/
Save BIG at Official **Vitamin Shoppe**. Get FREE Shipping (on orders $25+) on large selection of products (vitamins, nutrition & health supplements, herbal ...

Store Locator
Visit a Vitamin Shoppe store in person! Find the Vitamin ...

Careers
Learn more about our values and culture. Browse the current job ...

Store 215
Visit Vitamin Shoppe at 2747 North Clark Street in CHICAGO,IL ...

Shop by health concern
Weight Management - Sexual Well Being - Cleanse and Detox - ...

Vitamins and Supplements
Buy vitamins and supplements, herbs at the Vitamin ...

Supplements
Other Supplements - Weight Management - Amino Acids - ...

More results from vitaminshoppe.com »

**vitamin shoppe** near Chicago, IL

The **Vitamin Shoppe**
www.**vitaminshoppe**.com
Google+ page
(A) 2747 N Clark St, Chicago, (773) 244-8202

The **Vitamin Shoppe**
www.**vitaminshoppe**.com
Google+ page
(B) 1590 N Clybourn Ave, Chicago, (312) 202-0117

The **Vitamin Shoppe**
www.**vitaminshoppe**.com
Google+ page
(C) 2705 N Elston Ave, Chicago, (773) 235-8370

See results for **vitamin shoppe** on a map »

The **Vitamin Shoppe** - Bucktown - Chicago, IL - Yelp
www.yelp.com › Food › Specialty Food › Health Markets
★★★★★ Rating: 3 - 8 reviews - Price range: $$
8 Reviews of The **Vitamin Shoppe** "Easy private parking lot. Keep your smartphone handy becau they will honor **vitamin shoppe** online web pricing...saved me ...

The **Vitamin Shoppe** - Lincoln Park - Chicago, IL - Yelp
www.yelp.com › Food › Specialty Food › Health Markets
★★★★★ Rating: 4.5 - 21 reviews - Price range: $$
21 Reviews of The **Vitamin Shoppe** "Really great store. Nice location, convenient. Staff is exceptional. I was asked not once, not twice, but three times if I needed ...

The **Vitamin Shoppe** - Wikipedia, the free encyclopedia
en.wikipedia.org/wiki/The_**Vitamin_Shoppe**
The **Vitamin Shoppe** (formally **Vitamin Shoppe** Industries, Inc.) is a New Jersey-based retailer of nutritional supplements with 500+ locations in 37 states.

**Vitamin Shoppe** Coupons: Up To 40% Off Coupon Codes, Free ...
www.retailmenot.com › Health › Nutrition › Vitamins
45 deals with **Vitamin Shoppe** coupons or 8 free shipping coupons from RetailMeNot. Today's top deal: 40% Off Popular Products + Free Shipping On $25.

**Vitamin Shoppe** TV - YouTube
www.youtube.com/user/The**VitaminShoppe**1
Check out the latest videos from The **Vitamin Shoppe** on our new VitaminShoppeTV channel. Subscribe to be updated when our latest videos are posted.

20% off **Vitamin Shoppe** Coupon Codes 2013: Promo Codes, Deals ...
www.coupons.com/coupon-codes/**vitamin-shoppe**/
8 hours ago - 9 **Vitamin Shoppe** coupons and deals as of September 10. Free **Vitamin Shoppe** promotional coupon codes. Get **Vitamin Shoppe** coupons at ...

Ad related to **vitamin shoppe**

Puritan's Pride **Vitamins** - Limited Time Sale Buy 1 Get 1 Free
www.puritan.com/ ★★★★★ 351 seller reviews
Plus Free Shipping today.

Searches related to **vitamin shoppe**

vitamin shoppe **locations** | vitamin **cottage**
**gnc** | vitamin shoppe **naperville**
**whole foods** | vitamin shoppe **orland park**
vitamin shoppe **coupon** | vitamin shoppe **black friday specials**

1 2 3 4 5 6 7 8 9 10 Next

Advanced search Search Help Send feedback

Google Home Advertising Programs Business Solutions Privacy & Terms
About Google

Map for **vitamin shoppe**

## The Vitamin Shoppe

49,180 followers on Google+

The Vitamin Shoppe is a New Jersey-based retailer of nutritional supplements with 500+ locations in 37 states. They also operate stores in Canada under the name "VitaPath". Wikipedia

**Headquarters:** North Bergen, NJ
**Stock price:** VSI (NYSE) $43.75 +0.26 (+0.60%)
Sep 30, 4:03 PM EDT - Disclaimer
**CEO:** Anthony N. Truesdale
**Founded:** 1977
**Customer service:** 1 (201) 868-5959 (Consumer), 1 (866) 293-3367 (Consumer)

Recent posts

The Olympia 2013
9 hours ago

People also search for

GNC

Vitamin World

Vitacost

Walgreens

Swanson Health Products

Feedback / More info

Screengrab Taken
Sun Sep 29 2013 00:44:03 GMT-0400 (EDT)

+You Search Images Maps Play YouTube News Gmail Drive Calendar More

Google | vitamin shoppe coupon | SIGN IN

Web Images Maps Shopping News More Search tools

About 1,100,000 results (0.27 seconds)

Ads related to **vitamin shoppe coupon**

**Vitamin Shoppe Coupons** - Save On Over 100 Selected Products
www.**vitaminshoppe**.com/ ★★★★★ 15,593 seller reviews
Free Shipping On $25+ Orders!
Deal of the Week — Over 100 Items $9.99 and Under
Save Over 40% — Browse All Vitamins

**Vitamin Coupons** - Quality **Vitamins** and Supplements
www.sundownnaturals.com/
Learn More About Sundown Naturals!

**Vitamin Shop** Supplements - Faulty **Vitamin Shop** Products?
www.**vitaminshoppe**protein.com/
Free Case Evaluation Today!

**Vitamin Shoppe Coupons**: Up To 40% Off Coupon Codes, Free ...
www.retailmenot.com › Health › Nutrition › Vitamins
45 deals with **Vitamin Shoppe coupons** or 8 free shipping coupons from RetailMeNot. Today's top deal: 40% Off Popular Products + Free Shipping On $25.

20% off **Vitamin Shoppe Coupon** Codes 2013: Promo Codes, Deals ...
www.**coupons**.com/**coupon**-codes/**vitamin-shoppe**/
0 secs ago - 9 **Vitamin Shoppe coupons** and deals as of September 10. Free Vitamin Shoppe promotional coupon codes. Get **Vitamin Shoppe coupons** at ...

**Vitamin Shoppe Coupons**: Up to 20% Off w/ October 2013 Promo ...
www.dealcatcher.com/**vitaminshoppe-coupons**
Use these **Vitamin Shoppe coupons** during checkout. DealCatcher is your guide for **Vitamin Shoppe coupon** codes, promos and deals. Never miss a Vitamin ...

**Vitamin Shoppe Coupon** Code 2013 | Facebook
https://www.facebook.com/**VitaminShoppeCoupon**Code
**Vitamin Shoppe Coupon** Code 2013. 270 likes · 12 talking about this. Save More at Vitamin Shoppe with Latest Coupons!

**Vitamin Shoppe** Discount Shipping: **Vitamin Shoppe** Online **Coupon** ...
www.**vitaminshoppe**.com/content/en/other/free_shippingfooter.jsp
Special Deal from The **Vitamin Shoppe**: Save on your next purchase with FREE SUPER SAVER SHIPPING! Visit www.**vitaminshoppe**.com for details.

**Coupons** the **vitamin shoppe**
www.vitaminshoppe.com › Home › Help
Use **Vitamin Shoppe Coupons** & Watch Your Savings Grow Redeeming a **Vitamin Shoppe coupon** is an ideal way to save even more when you make your ...

**Vitamin Shoppe Coupon** Codes & Promo Codes. Save in ... - Coupons
**coupons**.answers.com/**vitamin-shoppe-coupons**
6 days ago - Get **Vitamin Shoppe Coupon** Codes. 27 Brand New Promo Codes For Fall 2013. Updated Daily, Reliable & Always Free. Only At Coupons by ...

The **Vitamin Shoppe Coupons** (13 available) - Deallocker
deallocker.com/**coupon**/**vitaminshoppe**.com/
10+ items - The **Vitamin Shoppe Coupons**. Currently there are 13 coupons ...
Buy 1 BodyTech or Vitamin Shoppe brand item, get 1 50% off.
50% off: Deal of the Week (plus free shipping on $25 or more).

**Vitamin Shoppe Coupons** - FatWallet
www.fatwallet.com/**Vitamin-Shoppe-coupons**/
30+ items - **Vitamin Shoppe Coupons** and Promo Codes - updated and ...
$5 off Purchases of $50, $10 off $75, and $20 off $125
Buy One, Get One 50% off Vitamin Shoppe and BodyTech Brand Products

**Vitamin Shoppe Coupons** October 2013: Find ... - BradsDeals.com
www.bradsdeals.com › Stores
Save at Vitamin Shoppe. BradsDeals handpicked the best **Vitamin Shoppe coupons** & discount codes to help you save at vitaminshoppe.com. Never miss ...
More by Connor Laughlin - in 32 Google+ circles

News for **vitamin shoppe coupon**

Snap, Share & Save By Visiting The **Vitamin Shoppe** Booth At The Olympia
MarketWatch - 5 days ago
After impressing family, friends and followers with your fit physique, save on your next purchase at the **Vitamin Shoppe** with the 20%-off **coupon** ...

Searches related to **vitamin shoppe coupon**

vitamin shoppe **20 off printable** coupon — vitamin shoppe **print** coupon
vitamin shoppe **printable** coupon — vitamin shoppe **in store** coupon
vitamin shoppe coupon **code 15 off** — vitamin shoppe coupon **code 20 off**
**current** vitamin shoppe coupon **code** — vitamin shoppe coupon **code 20 off 2012**

1 2 3 4 5 6 7 8 9 10 Next

Advanced search Search Help Send feedback

Google Home Advertising Programs Business Solutions Privacy & Terms
About Google