# Addendum

Find out if you are eligible for compensation 800-939-7878
Toll free 24/7





# Unhappy with purchasing Protein Supplements?

You may be entitled to compensation.

## Hire a national law firm with a proven track record.

### Fill out the form to receive a FREE Case Evaluation from an attorney

### Did you purchase Protein Supplements?

If you have purchased BodyTech Whey Tech Pro 24, BodyTech 100% Casein, and BodyTech Primal Pro from Vitamin Shoppe®, or any other protein product claiming to have digestive enzymes, contact us now!

You may be eligible to join in our investigation into the manufacturer. Just simply fill out the form to see if you are eligible for a potential protein supplement investigation.

### Why choose the Seeger Weiss Law Firm?

Seeger Weiss, LLP and The Oliver Law Group PC are leaders in consumer class action lawsuits and complex litigation. With experienced attorneys and office locations across the United States, they strive to obtain the highest quality of service to their clients

Lauded by the legal community and major publications—Seeger Weiss has "gained the respect of the plaintiffs and defense bar alike for its willingness to 'always take on the tough cases' and 'jump right into the heart of everything when everyone else is afraid,'" according to Legal 500

### Vitamin Shoppe Protein Supplement Investigation Overview

The sports nutrition supplement business is a multi-billion dollar a year industry. Topping the charts for sales are protein powder products such as whey, casein, soy and others. With such a demand for these products competition is fierce and many supplement companies try to differentiate their protein powders from the rest.

Whey-based protein powders have solid scientific support for aiding in increased muscle mass, strength and retention of muscle. However, some studies have come out that claim that the human body can only digest a certain amount of protein during a certain

First Name

Last Name

Email Address

Phone Number

Did you purchase Vitamin Shoppe Protein?

Your Message

Our 24 Hour Promise

Once you have completed the form above, Seeger Weiss will contact you via phone or email within 24 hours. This service is of no cost to you!

Get Justice. Don't Be a Victim

If you have purchased BodyTech Whey Tech Pro 24, BodyTech 100% Casein, and BodyTech Primal Pro from Vitamin Shoppe®, or any other protein product claiming to have digestive enzymes, you may have more questions than you do answers. Seeger Weiss is here to assist you in every way possible.

While you are understandably focused on your health and wellbeing, there are reasons to investigate the situation.

**Your Vitamin Shoppe Protein Supplement Investigation Could Expire**
Depending on your situation and the state you live in, there

time period. In an effort to take advantage of this need by consumers to have protein powders which have increased absorption, many companies have turned to digestive enzymes.

Sales of digestive aids and enzymes have grown over the past years reaching $136 million in the past fiscal year, up 4% from two years ago. Certain companies have chosen to include certain digestive enzymes into their protein powders in an attempt to increase absorption and digestion. Although this sounds like a great idea in theory some manufacturers are using digestive enzymes, which have clinical studies supporting them at dose-dependent levels, but including only a fraction of the level that has been proven to work.

So what does that mean for the consumer? It means that although you are looking at a product that includes digestive enzymes, it does not have enough of the compounds to actually do anything. This is the same game many manufacturers use for all types of ingredients. If you have purchased BodyTech Whey Tech Pro 24, BodyTech 100% Casein, and BodyTech Primal Pro from Vitamin Shoppe®, or any other protein product claiming to have digestive enzymes, contact us now!

may be time sensitive criteria. Do not delay, see if your eligible for a Vitamin Shoppe protein supplement investigation.



Copyright © 2013 Seeger Weiss LLP. All Rights Reserved. | Office Locations in New York, New Jersey and Pennsylvania.
Call Us Toll Free at (800) 939-7878
Privacy Policy | Legal Disclaimer

Seeger Weiss LLP does not offer any guarantee of case results. Past success in litigation does not guarantee success in any new or future lawsuit.