ARNE M. OLSON
DOLORES T. KENNEY
TALIVALDIS CEPURITIS
KATHRYN E. GARIPAY
JOSEPH M. KUO
ROBERT J. ROSS, Ph.D.
DENNIS H. MA
MATTHEW D. KELLAM

ALISSA A. DIGMAN
ANITA M. CEPURITIS
BRIAN R. MICHALEK

LAW OFFICES OF
**OLSON & CEPURITIS, LTD.**
20 NORTH WACKER DRIVE
36TH FLOOR
CHICAGO, ILLINOIS 60606
(312) 580-1180
FACSIMILE (312) 580-1189
firm@olsonip.com

PATENTS
TRADEMARKS
& RELATED MATTERS

SEYMOUR ROTHSTEIN
ROBERT R. CALIRI
OF COUNSEL

May 27, 2014

Honorable Paul A. Crotty                                               VIA ECF
United States District Judge
Daniel Patrick Moynihan U.S. District Courthouse
500 Pearl Street, Chambers 1350
New York, New York 10007

      Re:    Vitamin Shoppe Industries Inc. v. Seeger Weiss LLP
             Civil Action No. 1:13-cv-08333-PAC

Dear Judge Crotty:

      The parties are pleased to report that they have reached an agreement settling the referenced action. The parties are in the process of executing the Settlement Agreement, and will be filing a Stipulation and Order of Dismissal once the Settlement Agreement is fully executed.

Respectfully submitted,


By: s/ Arne M. Olson                                       By: s/ Lindsey H. Taylor
    Arne M. Olson                                              Lindsey H. Taylor
    OLSON & CEPURITIS, LTD.                         CARELLA, BYRNE, CECCHI,
    20 N. Wacker Dr., 36th Floor                          OLSTEIN, BRODY & AGNELLO, P.C.
    Chicago, IL 60606                                             5 Becker Farm Rd.
    Tel: (312) 580-1180                                          Roseland, NJ 07068
    aolson@olsonip.com                                       Tel: (973) 994-1700
                                                                               LTaylor@carellabyrne.com

    *Counsel for Plaintiff*                                       *Counsel for Defendant*
    *Vitamin Shoppe Industries, Inc.*                    *Seeger Weiss LLP*


cc:    James E. Cecchi, Lindsey H. Taylor (counsel for Defendant) via ECF
        Craig Mende, Jason Jones, Fross Zelnick Lehrman & Zissu (local counsel for Plaintiff)
        via ECF