```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILE
DOC #: _____
DATE FILED: May 28, 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Vitamin Shoppe Industries Inc.,

                Plaintiff,

    - against -

Seeger Weiss LLP,

                Defendant.
------------------------------------X

13 Civ. 8333 (PAC)
ORDER OF DISMISSAL

HONORABLE PAUL A. CROTTY, United States District Judge:

    The Court having been advised that the parties have reached a settlement, it is,

    ORDERED, that the above-entitled action be and hereby is dismissed, without costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days of the date hereof. The Court will sign a Stipulation and Order of Settlement upon receipt from either party. In the event the parties require more than the 30 days to finalize the settlement, either party shall submit a letter to the Court. The Clerk of Court is directed to terminate this case.

Dated: New York, New York
       May 28, 2014

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge