Crotty, P.

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: June 16, 2014

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| VITAMIN SHOPPE INDUSTRIES INC., | : | Civil Action No.: 1:13-cv-08333-PAC |
| | : | |
| Plaintiff, | : | Judge: Paul A. Crotty |
| | : | |
| v. | : | Magistrate: Ronald L. Ellis |
| | : | |
| | : | **STIPULATION AND ORDER OF** |
| SEEGER WEISS LLP, | : | **DISMISSAL** |
| | : | |
| Defendant. | : | |
| | : | |

This action having been settled,

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Vitamin

Shoppe Industries Inc. and Defendant Seeger Weiss LLP, through their respective counsel,

pursuant to a Settlement Agreement between the Parties, and

ORDERED by the Court, that the action and all claims and defenses therein be dismissed

with prejudice pursuant to Fed. R. Civ. P. 41(a)(2), with each party to bear its own costs and

attorneys' fees, but the Court shall retain jurisdiction to construe and enforce the terms of this

Order and the Settlement Agreement and such future orders on which the same is based.

Dated: June 11, 2014.

VITAMIN SHOPPE INDUSTRIES INC.            SEEGER WEISS LLP

By: _____            By: _____
   Arne M. Olson (aolson@olsonip.com)        James E. Cecchi
   Kathryn E. Garipay (kgaripay@olsonip.com)  (jcecchi@carellabyrne.com)
   Alissa A. Digman (adigman@olsonip.com)     Lindsey H. Taylor
   OLSON & CEPURITIS, LTD.                    (ltaylor@carellabyrne.com)
   20 N. Wacker Dr., 36th Floor              CARELLA, BYRNE, CECCHI,
   Chicago, IL 60606-3113                    OLSTEIN, BRODY & AGNELLO,

Tel: (312) 580-1180
Fax: (312) 580-1189

Craig Mende (cmende@fzlz.com)
Jason D. Jones (jjones@fzlz.com)
866 United Nations Plaza
New York, New York 10017
Tel:  (212) 813-5900
Fax:  (212) 813-5901

Attorneys for Plaintiff
*Vitamin Shoppe Industries Inc.*

P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
Attorneys for Defendant
*Seeger Weiss LLP*

SO ORDERED:

DATED: June _____16_____, 2014

_____

Hon. Paul A. Crotty